IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:14-cv-864-D

JOHN LASCHKEWITSCH,

    Plaintiff,

v.

TRANSAMERICA LIFE INSURANCE COMPANY,

    Defendant.

ORDER

The Court, having reviewed Defendant's Motion to Postpone Rule 26(f) Conference and Submission of Discovery Plan, and finding that the Motion is supported by good cause, it is therefore ORDERED that the Rule 26(f) Conference and submission of the discovery plan be postponed until after the Court rules on Defendant's pending motion to dismiss Plaintiff's Complaint.

This **19** day of December, 2014.

JAMES C. DEVER III
Chief United States District Judge