UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN LASCHKEWITSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-864-D |
| | ) | |
| TRANSAMERICA LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion to remand [D.E. 17]. The court GRANTS defendant's motion to dismiss for failure to state a claim, and DISMISSES WITH PREJUDICE plaintiff's amended complaint [D.E. 21]. The court also DENIES plaintiff's discovery motion [D.E. 19] as moot.

**This Judgment Filed and Entered on March 20, 2015, and Copies To:**

| | |
|---|---|
| John Laschkewitsch | (via US Mail 1933 Ashridge Drive, Fayetteville, NC 28304) |
| Andrew S. Williams | (via CM/ECF Notice of Electronic Filing) |
| Misty A. Murray | (via CM/ECF Notice of Electronic Filing) |
| Douglas M. Jarrell | (via CM/ECF Notice of Electronic Filing) |

DATE  **JULIE RICHARDS JOHNSTON, CLERK**
March 20, 2015  /s/ Courtney O'Brien
 (By) Courtney O'Brien, Deputy Clerk